UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ROBERT A. SANCHEZ,

        Petitioner,                        No. C 10-5561 PJH (PR)

  vs.                                    **ORDER OF DISMISSAL**

FRANCISCO JACQUEZ, Warden,

        Respondent.

                                  /

        This pro se habeas action was filed on December 7, 2010. On that same day the court notified petitioner that he had neither paid the five dollar filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

        This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 20, 2011.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

P:\PRO-SE\PJH\HC.10\SANCHEZ5561.DSM-IFP.wpd