UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT A. SANCHEZ,<br><br>    Petitioner,<br><br>  v.<br><br>FRANCISCO JACQUEZ, Warden,<br><br>    Respondent.<br>_____ / | No. C 10-5561 YGR (PR)<br><br>**JUDGMENT** |

    The petition having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

DATED: August 23, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**