**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT A. SANCHEZ, | No. C 10-5561 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FRANCISCO JACQUEZ, Warden, | |
| Respondent. / | |

The petition having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

DATED: August 23, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE